IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00175-CR

 

Larry Gene George,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 18th District Court

Johnson County, Texas

Trial Court No. F42972

 



abatement ORDER










 

            The appellant’s brief is overdue in this
appeal.  

            We abate this appeal to the trial
court to conduct any necessary hearings within 30 days of the date of this
Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3).  Tex. R. App. P. 38.8(b)(2), (3).

            The supplemental clerk’s and
reporter’s records required by the rules, if any, are ordered to be filed
within 45 days of the date of this Order.  See id.

 

                                                                        PER
CURIAM

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
abated

Order
issued and filed December 8, 2010

Do
not publish